# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>PHONG DANG NAM NGUYEN,<br><br>  Defendant | Case No.: 2:19-cr-00120-APG-NJK<br><br>**Order Granting Motion for Travel**<br><br>[ECF No. 49] |

Defendant Phong Dang Nam Nguyen's motion to permit travel **(ECF No. 49) is granted**. Mr. Nguyen must provide his travel itinerary to his probation officer as soon as it is confirmed.

DATED this 30th day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE