1  SHAWN PEREZ, ESQ.
   Law Office of Shawn Perez
2  Nevada Bar No: 10421
   7121 W. Craig Rd.
3  Las Vegas, Nevada 89101
   (702) 485-3977
4  Attorney for Defendant,
   PHONG NGUYEN
5

6

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9

10 | UNITED STATES OF AMERICA,    )    CASE NO: 2:19-cr-00120-APG-NJK
                                 )
11 |            Plaintiff,        )
                                 )
12 | vs.                          )    MOTION FOR RELEASE OF PASSPORT
                                 )
13 | PHONG DANG NAM NGUYEN,       )
                                 )
14 |            Defendant.        )
   | _____ )
15

16         COMES NOW, defendant, PHONG DANG NAM NGUYEN, through

17 undersigned counsel, and respectfully moves this Honorable Court for an Order

18 allowing Pretrial Services to release Mr. Nguyen's passport to his attorney of

19 record, Shawn R. Perez.

20         The defendant offers the following in support of this motion:

21         1.     On September 30, 2022, this Court granted Mr. Nguyen's Motion to

22 Permit International Travel.

23         2.     Mr. Nguyen will be leaving the country for Viet Nam on October 21,

24 2022, and will need his passport in order to leave the country. In this regard, time

25 is of the essence.

26         3.     Pretrial Services in Las Vegas is in possession of Mr. Nguyen's

27 passport and will release the passport upon receipt of a signed Order.

28         WHEREFORE, the defendant, Phong Dang Nam Nguyen, respectfully

                                        1

1  requests that this Court grant Mr. Nguyen's request and issue an Order allowing
2  Pretrial Services to release Mr. Nguyen's passport to his attorney, Shawn R. Perez.
3  Dated: October 11, 2022                    Respectfully submitted,

5                                              /s/ *Shawn R. Pere, Esq.*

6                                              _____
                                               SHAWN R. PEREZ, ESQ.
7                                              Attorney for Phong Nguyen

11  IT IS SO ORDERED:
12  Dated:__October 12, 2022____

14                                              _____
                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE

2